**Appeal Dismissed and Memorandum Opinion filed April 11, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-01095-CV

**MICHAEL TAVAKOLI, Appellant**

**V.**

**FRANK TAVAKOLI AND MOHAMMAD TAVAKOLI, Appellees**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2015-36112**

## MEMORANDUM OPINION

This appeal is from a judgment signed November 19, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 20, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot